IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DERRICK ARTHUR BURDETTE**  PLAINTIFF

v.  No. 4:23CV154-DMB-DAS

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.**  DEFENDANTS

**ORDER REQUIRING PLAINTIFF, WITHIN 21 DAYS, TO EITHER
PAY THE FULL FILING FEE – OR SUBMIT A MOTION TO
PROCEED *IN FORMA PAUPERIS***

Derrick Arthur Burdette has filed a *pro se* prisoner complaint under 42 U.S.C. § 1983. He has not, however, paid the filing fee or submitted a motion to proceed *in forma pauperis*, and this case cannot proceed without receipt of the full filing fee or a finding that the plaintiff is a pauper. As such, the plaintiff must pay the filing fee or return the enclosed form motion to proceed *in forma pauperis* within 21 days of the date of this order. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 11th day of August, 2023.

                                                s/ David A. Sanders
                                       UNITED STATES MAGISTRATE JUDGE